**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6634**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIHAD ARIF WILLIAMS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CR-94-18-D, CA-97-192-R)

———————————

Submitted:  August 13, 1998        Decided:  September 3, 1998

———————————

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jihad Arif Williams, Appellant Pro Se.  Karen Breeding Peters, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jihad A. Williams seeks to appeal the district court's order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. See United States v. Williams, Nos. CR-94-18-D; CA-97-192-R (W.D. Va. Nov. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2